UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
-----------------------------------------------------------------X
JOHN DOE,                                                        :
                                                                 : Civil Action No:
                Plaintiff,                                 :
                                                                 :
                -against-                                 :
                                                                 :
WASHINGTON AND LEE UNIVERSITY,                                   :
                                                                 :
                Defendant.                                 :
-----------------------------------------------------------------X

### Motion for Admission *Pro Hac Vice*

COMES NOW, David G. Harrison, a member of the bar of this court, and moves the admission *pro hac vice* of: Andrew T. Miltenberg, Esq. (NY Bar No. 2399582) and Kimberly C. Lau, Esq. (NY Bar No. 4502241), of the firm Nesenoff & Miltenberg, LLP, 363 Seventh Avenue, Fifth Floor, New York, New York 10001.

_____

David G. Harrison, Esq.
(VSB #17590
The Harrison Firm, PC
5305 Medmont Cir SW
Roanoke, VA 24018-1120
(540) 777-7100
david@harrisonfirm.us

### CERTIFICATE

I certify that on December 13, 2014, I deposited in the United States mail, postage prepaid, a copy of the foregoing Motion for Admission *Pro Hac Vice* to the following persons as their names and titles appear, and at the address as it appears, on the Web Site of Washington & Lee University:

Leanne M. Shank
General Counsel
Washington & Lee University
204 W Washington St
Lexington, VA 24450-2116

Jennifer Kirkland
Associate General Counsel
Washington & Lee University
204 W Washington St
Lexington, VA 24450-2116

Jana Shearer
Staff Attorney
Washington & Lee University
204 W Washington St
Lexington, VA 24450-2116

I further certify that on the same date I sent a copy above by email to the following persons and their names and titles appear, at the email address as it appears, on the Web Site of Washington & Lee University.

Leanne M. Shank
General Counsel
Washington & Lee University
lshank@wlu.edu

Jennifer Kirkland
Associate General Counsel
Washington & Lee University
jkirkland@wlu.edu

Jana Shearer
Staff Attorney
Washington & Lee University
jshearer@wlu.edu

David G. Harrison