UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
-------------------------------------------------------X
JOHN DOE,                                              :
                                                       :    Civil Action No:
                         Plaintiff,                    :
                                                       :
            -against-                                  :
                                                       :
WASHINGTON AND LEE UNIVERSITY,                         :
                                                       :
                         Defendant.                    :
-------------------------------------------------------X

## MOTION TO PROCEED UNDER PSEUDONYM AND FOR A PROTECTIVE ORDER

The Plaintiff, John Doe, a male student a Washington & Lee University, by counsel, moves that because of the personal and sensitive nature of the allegations, he may proceed in this case under the pseudonym "John Doe."

The Plaintiff, by counsel, further moves for a protective order as the case may require.

                                              John Doe

                                    By: _____
                                              David G. Harrison, Of Counsel

David G. Harrison, Esq.
(VSB #17590
The Harrison Firm, PC
5305 Medmont Cir SW
Roanoke, VA 24018-1120
(540) 777-7100
david@harrisonfirm.us

        -and-

Andrew T. Miltenberg, Esq.
(NY Bar No. 2399582)
Kimberly C. Lau, Esq.
(NY Bar No. 4502241)
Nesenoff & Miltenberg, LLP
363 Seventh Avenue, Fifth Floor
New York, New York 10001
(212) 736-4500
amiltenberg@nmllplaw.com
klau@nmllplaw.com
*(pro hac vice* to be applied for)

*Attorneys for Plaintiff John Doe*

## CERTIFICATE

I certify that on December 13, 2014, I deposited in the United States mail, postage prepaid, a copy of the foregoing Motion to Proceed Under Pseudonym and For a Protective Order, the Declaration of Kimberly C. Lau, Esq. in Support of Plaintiff's Motion to Proceed Under Pseudonym and for Protective Order, and Plaintiff's Memorandum of Law in Support of Plaintiff's Motion to Proceed Under Pseudonum and for Protective Order, to the following persons as their names and titles appear, and at the address as it appears, on the Web Site of Washington & Lee University:

>Leanne M. Shank
>General Counsel
>Washington & Lee University
>204 W Washington St
>Lexington, VA 24450-2116

>Jennifer Kirkland
>Associate General Counsel
>Washington & Lee University
>204 W Washington St
>Lexington, VA 24450-2116

2

Jana Shearer
Staff Attorney
Washington & Lee University
204 W Washington St
Lexington, VA 24450-2116

I further certify that on the same date I sent copies of each of the above by email to the following persons and their names and titles appear, at at the email address as it appears, on the Web Site of Washington & Lee University.

Leanne M. Shank
General Counsel
Washington & Lee University
lshank@wlu.edu

Jennifer Kirkland
Associate General Counsel
Washington & Lee University
jkirkland@wlu.edu

Jana Shearer
Staff Attorney
Washington & Lee University
jshearer@wlu.edu

David G. Harrison

3