# The HARRISON FIRM PC
Legal Counsel

December 16, 2014

CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
DEC 17 2014
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

Ms. Faye Coleman
Deputy Clerk
United States District Court
1101 Court St Ste A66
Lynchburg, VA 24504-4597

    Re:    John Doe v. Washington & Lee University
           Civil Action No. 6:14-cv-52

Dear Ms. Coleman:

I am enclosing the following:

1. Exhibits to Complaint (A-G) to be filed under seal;

2. Proposed Order filing exhibits under seal;

3. Proposed Order for admission of Andrew T. Miltenberg and Kimberly C. Lau *pro hac vice*;

4. Proposed Order for leave to file and proceed under pseudonym "John Doe."

I am also enclosing the following in connection with service:

1. Civil Summon;

2. Complaint

3. Exhibits A-G to complaint.

I will contact Tim Greenway, private process server, and ask him to contact you to pick up the summon and complaint with exhibits for service on defendant.

5305 MEDMONT CIRCLE
ROANOKE, VA 24018-1120
540 777-7100
FAX: 540 777-7101
law@theharrisonfirm.com
www.theharrisonfirm.com

Thanks very much.

Very truly yours,

David G. Harrison

Enclosures

cc: R. Craig Wood, Esquire (with enclosed orders – complaint, exhibits, and motions previously provided) (by mail and by email)
Kimberly C. Lau, Esquire (with enclosed orders) (by email)
Mr. John Doe (with enclosed orders) (by email)

C:\Users\David\Documents\Docs\HF\HF-Client Files\0450-001 Nesenoff & Miltenberg\Coleman, F ltr 2014-12-16.docx

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
-----------------------------------------------------------------X
JOHN DOE, :
:
        **Plaintiff,** :
: Civil Action No:
      -against- :
: 6:14-cv-00052
WASHINGTON AND LEE UNIVERSITY, :
:
        **Defendant.** :
-----------------------------------------------------------------X

## ORDER TO FILE EXHIBITS TO COMPLAINT UNDER SEAL

Upon motion of the plaintiff because of extremely personal and intimate content, and for good cause shown, it is ORDERED that the exhibits to the Complaint be filed under seal and remain under seal indefinitely until unsealed by further order of the court upon good cause shown.

December ____, 2014

                                                                  UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
-------------------------------------------------------------------X
JOHN DOE,

               Plaintiff,

        -against-                               Civil Action No:

WASHINGTON AND LEE UNIVERSITY,        6:14-cv-00052

               Defendant.
-------------------------------------------------------------------X

## ORDER FOR ADMISSION PRO HAC VICE

Upon motion of David G. Harrison, a member of the bar of this court and without opposition from defendant Washington and Lee University, Andrew T. Miltenberg, Esq. (NY Bar No. 2399582) and Kimberly C. Lau, Esq. (NY Bar No. 4502241), of the firm Nesenoff & Miltenberg, LLP, 363 Seventh Avenue, Fifth Floor, New York, New York 10001, are admitted to appear in this action *pro hac vice*.

**Dated: December ___, 2014**                              _____
                                                                             **UNITED STATES DISTRICT JUDGE**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
-----------------------------------------------------------X
JOHN DOE,                                :
                                         :
                Plaintiff,       :
                                         :    Civil Action No:
    -against-                           :
                                         :    6:14-cv-00052
                                         :
WASHINGTON AND LEE UNIVERSITY,           :
                                         :
                Defendant.       :
-----------------------------------------------------------X

## ORDER GRANTING PLAINTIFF'S MOTION FOR
## LEAVE TO FILE COMPLAINT AS PSEUDONYMOUS PLAINTIFF

Upon the motion of the Plaintiff for an order permitting the filing of the Complaint, summons, civil cover sheet, and other papers in this case as a as Pseudonymous Plaintiff, and upon review of the Declaration of Kimberly C. Lau and Memorandum of Law in support thereof, it is hereby

**ORDERED** that Plaintiff's Motion for Leave to File Complaint and other papers in this case as a Pseudonymous Plaintiff be **GRANTED**.

Dated: December ___, 2014                   _____
                                                          **UNITED STATES DISTRICT JUDGE**