IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

JOHN DOE,
   Plaintiff,

v.             Case No.: 6:14 – cv00052 - NKM

WASHINGTON AND LEE UNIVERSITY,
   Defendant.

## **NOTICE OF APPEARANCE**

Defendant, Washington & Lee University, by counsel, notes the appearance of R. Craig Wood in the defense of the above-referenced matter. Mr. Wood is with the law firm of McGuireWoods LLP.

        Respectfully submitted,

        WASHINGTON AND LEE UNIVERSITY
        By Counsel

Counsel:

R. Craig Wood, VSB #24264
McGuireWoods LLP
300 Fourth Street, N.E., Suite 300
P. O. Box 1288
Charlottesville, VA 22902-1288
Phone: 434-977-2558
Fax: 434-981-2274
cwood@mcguirewoods.com

*Counsel for Defendant Washington and Lee University*

CERTIFICATE

I hereby certify that on this 22nd day of December, 2014, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

David G. Harrison, Esq. (VSB # 17590)
The Harrison Firm, PC
5305 Medmont Circle, SW
Roanoke, VA 24018-1120
(540)777-7100
david@harrisfirm.us

and

Andrew T. Miltenberg, Esq. (NYB # 2399582)
Kimberly C. Lau, Esq. (NYB# 4502241)
Nesenoff & Miltenberg, LLP
363 Seventh Avenue, Fifth Floor
New York, NY 10001
(212)736-4500
amiltenberg@nmllplaw.com
klaw@nmllplaw.com

_____
R. Craig Wood

63135801_1