UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
---------------------------------------------------------------------X
JOHN DOE,

            **Plaintiff**,

            -against-

WASHINGTON AND LEE UNIVERSITY,

            Defendant.
---------------------------------------------------------------------X

Civil Action No:

6:14-cv-00052

## Notice of Hearing

PLEASE TAKE NOTICE that on January 15, 2015 at 10:00 a.m., or as soon thereafter as counsel may be heard, the Plaintiff, John Doe, will appear by counsel before The Honorable Norman K. Moon in the United States District Court, 1101 Court Street, Lynchburg, Virginia, to request the court to enter a preliminary injunction in this case pending trial on the merits:

1. requiring defendant to permit the plaintiff to sit for final examinations for the fall term 2014;

2. requiring defendant to permit the plaintiff a reasonable time to make up the class assignments, quizzes and presentations for the fall term 2014 which he was unable to take because of the hearing process and his expulsion from the university; or that defendant allow plaintiff a reasonable time to complete substantially equivalent assignments, quizzes and presentations for those he was unable to take;

3. requiring defendant to record plaintiff's grades for the fall term 2014;

4. requiring defendant to reinstate plaintiff as a student and permit him to register for classes for the winter term 2015 which began January 12, 2015, in the same manner as if he had been permitted to register during the normal registration period;

5. requiring defendant to allow plaintiff a reasonable time to make up any work he missed since January 12, 2015, the beginning of classes for winter term 2015;

6. requiring defendant to grant plaintiff reasonable access to his professors as may be necessary for him to obtain clarification concerning his make-up examinations, assignments, quizzes and presentations;

7. prohibiting defendant from discriminating or retaliating against plaintiff with respect to the grading of his make-up work or otherwise discriminating or retaliating against plaintiff because of the matters complained of or the filing of this action;

8. granting such other and further relief as may be necessary to protect the interests of the plaintiff pending resolution of this case on the merits.

John Doe

By: _____
Of Counsel

David G. Harrison, Esq.
(VSB #17590)
The Harrison Firm, PC
5305 Medmont Cir SW
Roanoke, VA 24018-1120
(540) 777-7100
david@harrisonfirm.us

-and-

Andrew T. Miltenberg, Esq.
(NY Bar No. 2399582)
Kimberly C. Lau, Esq.
(NY Bar No. 4502241)
Nesenoff & Miltenberg, LLP
363 Seventh Avenue, Fifth Floor
New York, New York 10001
(212) 736-4500
amiltenberg@nmllplaw.com
klau@nmllplaw.com
(*pro hac vice* to be applied for)

*Attorneys for Plaintiff John Doe*

## CERTIFICATE

I certify that on December 30, 2014, I deposited in the United States mail, postage prepaid, a copy of the foregoing Notice of Hearing to:

> R. Craig Wood, Esquire
> McGuireWoods LLP
> 310 4th St NE Ste 300
> Charlottesville, VA 22902-5299

I further certify that on the same date I sent by email a copy of the foregoing Notice of Hearing to:

> R. Craig Wood, Esquire
> cwood@mcguirewoods.com