UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISON

| | |
|---|---|
| John Doe, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 6:14CV00052 |
| ) | |
| Washington and Lee University, ) | |
| ) | |
| Defendant ) | |
| ) | |

## MOTION FOR ADMISSION PRO HAC VICE

COMES NOW, David G. Harrison, a member of the bar of this court, and moves the admission *pro hac vice* of G. Robert Gage, Jr. (New York Bar No. 1901412) and Joseph B. Evans (New York Bar No. 5221775), both with Gage, Spencer & Fleming LLP, 410 Park Ave., Ste. 900, New York, NY 10022-9492.

*/s/ David G. Harrison*

David G. Harrison, Esquire (VSB 17590)
The Harrison Firm, PC
5305 Medmont Cir SW
Roanoke, VA 24018-1120
Tel   540-777-7100
Fax  540-777-7101
Email  david@harrisonfirm.us

# CERTIFICATE

I certify that on January 22 2015, I deposited in the United States mail, postage prepaid, a copy of the foregoing Motion for Admission Pro Hac Vice to:

> R. Craig Wood, Esquire
> McGuireWoods LLP
> 310 4th St NE Ste 300
> Charlottesville, VA 22902-5299

I further certify that on the same date I sent a copy of the foregoing by email to:

> R. Craig Wood, Esquire
> cwood@mcguirewoods.com