UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISON

John Doe, )
      Plaintiff )
v. )   Civil Action No. 6:14CV00052
Washington and Lee University, )
      Defendant )

## MOTION TO SUBSTITUTE COUNSEL

COMES NOW, the plaintiff, by counsel, and advises the court that he has terminated the services of Nesenoff & Miltenberg, LLP and moves that G. Robert Gage, Jr. (NY Bar No.. 1901412) and Joseph B. Evans (NY Bar No. 5221775), both with Gage, Spencer & Fleming, 410 Park Ave., Ste. 900, New York, NY 10022-9492, be substituted as counsel in the place of Andrew T. Miltenberg and Kimberly C. Lau.

John Doe

_____
Of Counsel

David G. Harrison, Esquire (VSB 17590)
The Harrison Firm, PC
5305 Medmont Cir SW
Roanoke, VA 24018-1120
Tel   540-777-7100
Fax  540-777-7101
Email  david@harrisonfirm.us

## CERTIFICATE

I certify that on January 22, 2015, I deposited in the United States mail, postage prepaid, a copy of the foregoing Motion to Substitute Counsel to:

> R. Craig Wood, Esquire
> McGuireWoods LLP
> 310 4th St NE Ste 300
> Charlottesville, VA 22902-5299

I further certify that on the same date I sent a copy of the foregoing by email to:

> R. Craig Wood, Esquire
> cwood@mcguirewoods.com