UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISON

| | |
|---|---|
| John Doe, ) | |
| ) | |
|     Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 6:14-cv-00052 |
| ) | |
| Washington and Lee University, ) | |
| ) | |
|     Defendant ) | |
| ) | |

ORDER FOR ADMISSION PRO HAC VICE AND FOR SUBSTITUTION OF COUNSEL

Upon motion of David G. Harrison, a member of the bar of this court, and without objection of the defendant, it is ORDERED that G. Robert Gage, Jr. (New York Bar No. 1901412) and Joseph B. Evans (New York Bar No. 5221775), both with Gage, Spencer & Fleming LLP, 410 Park Ave., Ste. 900, New York, NY 10022-9492 are admitted *pro hac vice* to appear in this case.

Upon motion of the plaintiff, by counsel, and without objection of the defendant, it is FURTHER ORDERED, that G. Robert Gage, Jr. and Joseph B. Evans be substituted as counsel of record in place of Andrew T. Miltenberg and Kimberly C. Lau.

Enter: January 26, 2015

*Robert S. Ballou*

Robert S. Ballou
United States Magistrate Judge