IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

JOHN DOE,
    Plaintiff,

v.                        Case No.: 6:14 – cv00052 - NKM

WASHINGTON AND LEE UNIVERSITY,
    Defendant.

## NOTICE OF FILING

Defendant, Washington & Lee University, by counsel, does hereby give notice of filing Exhibits A through F to the Declaration of Lauren Kozak, which declaration was Exhibit 1 to Defendant's Memorandum of Law in Opposition to Plaintiff's Motion for Preliminary Injunction (Docket #21). The exhibits were inadvertently omitted at the time of the original filing.

Respectfully submitted,

WASHINGTON AND LEE UNIVERSITY
By Counsel

Counsel:

R. Craig Wood, VSB #24264
McGuireWoods LLP
300 Fourth Street, N.E., Suite 300
P. O. Box 1288
Charlottesville, VA 22902-1288
Phone: 434-977-2558
Fax: 434-981-2274
cwood@mcguirewoods.com

*Counsel for Defendant Washington and Lee University*

## CERTIFICATE

I hereby certify that on this 18th day of February, 2015, I electronically filed the foregoing Notice of Filing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

David G. Harrison, Esq. (VSB # 17590)
The Harrison Firm, PC
5305 Medmont Circle, SW
Roanoke, VA 24018-1120
(540)777-7100
david@harrisfirm.us

and

G. Robert Gage, Jr., Esq.
Joseph B. Evans, Esq.
Gage, Spencer & Fleming, LLP
410 Park Avenue, Suite 900
New York, NY 10022-9492

*Counsel for Plaintiff*

R. Craig Wood

64666316_1