# EXHIBIT B

# Speak Training: Sexual Misconduct Policy

## October 7, 2014

# Interim Sexual Harassment and Misconduct Policy

## I. Purpose and Statement of Intent

Sexual harassment, sexual assault, domestic and dating violence, stalking, and retaliation of any form are an affront to human dignity and fundamentally at odds with the values of Washington and Lee University. The University community has a responsibility to maintain an environment free from harassment. It is committed to taking all appropriate steps to eliminate prohibited conduct, prevent its recurrence, and address its effects. The University is committed to fostering a climate free from sexual misconduct through clear and effective policies, a coordinated education and prevention program, and prompt and

lu.edu

---

## I. Purpose and Statement of Intent

## II. Scope of Policy

## III. Notice of Non-Discrimination and Statement of Compliance with Title IX

- Notice of Non-Discrimination
- The Role of the Title IX Coordinator
- Links to Relevant Federal Laws

## IV. Privacy and Confidentiality

- Privacy
- Confidentiality
- Reporting on Campus
- Release of Information

## V. Prohibited Conduct

## V. Prohibited Conduct

W&L prohibits and will not tolerate sexual misconduct in any form. Such violations are subject to any combination of sanctions, including suspension, dismissal, or termination of employment.

The following behaviors fall under the broad definition of sexual misconduct and are prohibited.

- Sexual Harassment

- Non-Consensual Sexual Intercourse

- Non-Consensual Sexual Contact

- Sexual Exploitation

- Relationship Violence
  - (a)  Domestic Violence
  - (b)  Dating Violence

- Stalking

- Retaliation

# Examples of behavior that might be sexual harassment

**Verbal or written conduct:**

- Comments about sexuality; sexual jokes; obscene messages; discussion or rating sexual attributes and attractiveness

**Physical conduct:**

- Sexual assault; physical touching of body or clothing; pressure for sexual favors

**Nonverbal conduct:**

- Sexually suggestive gestures or body language

**Visual displays:**

- Posters, drawings, pictures, screensavers or e-mails of a sexual nature

**Factors:**

- Duration
- Frequency
- Severity
- Physical/verbal
- Context
- Relationship

## V.    Prohibited Conduct

W&L prohibits and will not tolerate sexual misconduct in any form. Such violations are subject to any combination of sanctions, including suspension, dismissal, or termination of employment.

The following behaviors fall under the broad definition of sexual misconduct and are prohibited.

- Sexual Harassment

- Non-Consensual Sexual Intercourse

- Non-Consensual Sexual Contact

- Sexual Exploitation

- Relationship Violence

  (a)    Domestic Violence

  (b)    Dating Violence

- Stalking

- Retaliation



**COMPLAINANTS**

- Students
- Employees
- Third Parties

**RESPONDENTS**

- Students
- Employees
- Third Parties

# Who must report?

W&L is obligated to address sexual misconduct about which a responsible employee knew or should have known.

- All employees on this list (student affairs, IRO/DPA)
- Assistant Director of Campus Recreation
- Athletic Director, Associate and Assistant Athletic Directors
- Athletic Team Coaches, Assistant Coaches, and Athletic Trainers
- Director and Officers of Public Safety
- Directors of Legal Clinics
- Faculty and staff accompanying students on off campus or other university-related trips, within and outside the United States
- Faculty Department and Program Chairs
- Law School Director of Academic Success
- Resident Assistants/Advisers
- Shepherd Program -- Coordinator for Student Service Leadership and Research, Associate Director of Community-Based Learning, and Co-Curricular Service Coordinator
- Title IX Coordinator and Assistant Title IX Coordinator

# Who is expected to report?

- All employees (with the exception of counseling and student health staff)



**Confidential Resources**
- Student Health/medical providers
- Student Counseling
- Project Horizon

**Reporting Resources**
- Title IX Coordinators
- Deans of Students
- W&L Public Safety
- Anonymous Report through online report

Note: With the exception of counseling/student health, no employee (including RAs) can promise confidentiality

# Medical Care



**Complainant resources**

- Perk Kit
- Can only be done at Augusta Health or Roanoke
- Best within 96 hours
- Avoid urinating, drinking, and showering
- Don't need to put it on insurance (if concerned about parents knowing)



Complainant resources

Law Enforcement

Counseling

Medical Care

# Overview of W&L Process



# What if Complainant requests that no disciplinary action be taken?

- Decision of how to proceed belongs to Complainant unless one or more of the following factors are met:

    — A weapon was used;

    — Complainant is a minor under the age of 18;

    — Respondent has a pattern of similar conduct;

    — Respondent threatened further violence or other violence against the victim or others;

    — Independent evidence exists; and,

    — Prior remedial methods were taken with the respondent.



# Overview of W&L Process

Title IX Assessment

Disciplinary Process

Remedies Based Resolution/Informal Resolution

Investigation by IRO and review by 3 person IRO Panel (IRP)

Investigation and Student Faculty Hearing Board hearing

Mediation or administrative resolution (not sex assault)

Interim measures, training, security, etc

Interim Measures

# Frequently Asked Questions

- "Will W&L notify the police?"

- "What if I don't want any disciplinary action to be taken?"

- "Do I have to name my assailant?"

- "Will the accused student know my identity?"

- "Do I have to participate during a hearing?"

- "It wasn't a W&L student or employee, what can be done?"

# Title IX Principles

Applies equally to students and employees

**INVESTIGATION =**

**PROCESS=**

**REMEDIES=**

| Thorough | Reliable | Impartial |
|---|---|---|
| Prompt | Effective | Equitable |
| End Harassment | Prevent Recurrence | Remedy effects upon victim & community |

# Resources Available to Respondent



Counseling



Advisor of Respondent's choice



Equal rights during investigation and hearing