# EXHIBIT C

# WASHINGTON AND LEE
## UNIVERSITY

### STUDENT SEXUAL MISCONDUCT COMPLAINT PROCESS: RESPONDENT

I acknowledge that I have met with the Investigators, Lauren Kozak (kozakl@wlu.edu, 540-458-4055) and Jason Rodocker (jrodocker@wlu.edu, 540-458-8753), and I understand the following:

- ☐ The Interim Sexual Harassment and Misconduct Policy ("Policy") can be found at go.wlu.edu/OGC/SexualMisconductPolicy. The Investigators are available to answer my questions.

- ☐ Confidential counseling services are available to me through University Counseling, 540-458-8590.

- ☐ During the investigation, Investigators will speak to me, the Complainant, and any other individuals who may have relevant information. Investigators will also gather any available physical or documentary evidence. Information gathered will be used to determine whether I violated the Policy.

- ☐ Throughout the investigation, if I have any additional information, comments, or think that the Investigators should speak to additional witnesses, I should let the Investigators know.

- ☐ I have been issued a no-contact directive. That means that I must not contact Complainant in person, by telephone, email, text message or other electronic means of communication, or through a third party. Immediate disciplinary action will be taken if this directive has been violated.

- ☐ If there is a formal charge of misconduct, I will be assigned Honor Advocates as advisors. In addition, I may have an advisor of my choice. This advisor may be an attorney. The role of the advisor is to advise regarding procedures and policies, offer support, and provide information on additional resources. Advisors can accompany me to any meetings, but may not present evidence or question witnesses.

- ☐ W&L prohibits retaliation as a result of this complaint and my participation in it. I can report any type of retaliation that I have observed or experienced to the Investigators. I am also prohibited from retaliating. Retaliation can include any actions by me, or others on my behalf. Retaliation is defined further in the policy at section V (G).

- ☐ To protect the integrity of the investigation, I am expected to keep the investigation and content of my communications with Investigators confidential.

- ☐ Interim measures may be available pending resolution. These can include, but are not limited to, a change in housing, or academic support services. If I would like to request any interim measures, I should let the Investigators know. Information about the types of support that might be available can be found in the Policy in Section X.

- ☐ Investigators will seek to complete the investigation within 30 business days, but this may need to be extended. At any time, I may contact the Investigators with questions or to provide information.

_____  _____11/4/14_____
Respondent Signature                  Date