# EXHIBIT E

| | |
|---|---|
| From: | Kozak, Lauren |
| Sent: | Tuesday, November 18, 2014 1:39 PM |
| To: | |
| Cc: | |
| Subject: | Investigative Report |
| Importance: | High |

Hi :

After reviewing your requested changes to the investigative report, we have made some changes to the report. Where the change was just a request for different wording we made the change directly in the main text of the report. Where the changes were additional or different information, we added them as a footnote. For your reference, I addressed each of the requests below.

- On page 5, delete the phrase "he wasn't drunk." In its place add: "He had been drinking, but did not drink to excess. Toward the end of the party he was sober, and the next day he remembered the entire night."
    - Added the clarifying phrase as a footnote
- On page 6, change "Complainant wasn't noticeably drunk" to "While in his room, Complainant wasn't noticeably drunk."
    - Changed
- On page 6, delete "While they were in the chairs they talked about having sex."
    - Changed the sentence to read "while they were in the chairs one of the things they talked about was having sex."
- Reverse the order of the sentence on page 6 for accuracy. Instead of "She gave him oral sex and he gave her oral sex." It should read "He gave her oral sex, and then she gave him oral sex."
    - Changed
- On page 6, change to "Before they had sex, he told her that he didn't have a condom. She didn't say anything, but began kissing him."
    - Changed
- On page 6, change sentence to "She said she was trying to stop having casual sexual encounters, but she was fine with everything that happened last night because she liked him so much."
    - Sentence added as a footnote
- Next paragraph on page 6, instead of saying at the end of the sentence "did other physical activity," say "they kissed"
    - Changed
- On page 7, instead of the first bullet in the second paragraph which starts out "Respondent disagrees . . .," write instead "While in his room, she never made any statement that she did not want to have sex with him. She did say that she doesn't usually have sex with guys when she first meets them, but she said it in a way that suggested that she was interested in having sex with him that night."
    - Changed
- On page 8, the second bullet should be deleted and should be replaced with the following statement: "Before they had sex, Respondent told her that he didn't have a condom. She never said that it wasn't ok or that he should put one on. Rather, she started kissing him."
    - Changed
- In the next paragraph, Respondent requests that the following two sentences be removed "There wasn't any difference between those two encounters except that she is claiming that the first one was sexual assault. Her level of participation was the same."
    - Deleted
- On page 13, the Respondent wishes to change the first sentence in the third paragraph under "Respondent and Complainant's Response to Witness Statements." He isn't saying that everything she said is untrue, but more

1

like the following: "Respondent believes that Complainant's version that she shared with witnesses gradually changed over time."
    - Footnote noting that Respondent believes Complainant's version that she shared with witnesses gradually changed over time.
- Delete the last sentence in the paragraph about:
    - Deleted
- Delete all statements made further from the incident:
    - These statements will remain in the report. We believe that there may be relevance to the information that was shared with others this semester. The Board will determine how much weight to give that evidence. We will note in the report that Respondent believes that statements made closer in time to that evening are more reflective of what Complainant felt that night.

Please let me know if you have any questions.

Best regards,
Lauren

Lauren E. Kozak
*Title IX Coordinator and Assistant Director of Career Development*
Washington and Lee University
Elrod Commons 307
Lexington, Virginia 24450
Phone: 540.458.4055
Email: kozakl@wlu.edu