# EXHIBIT F

# Kozak, Lauren

**From:** Kozak, Lauren
**Sent:** Tuesday, November 18, 2014 1:35 PM
**To:**
**Cc:**
**Subject:** Investigative report
**Importance:** High

Hi

After reviewing your requested changes to the investigative report, we have made some changes to the report. For your reference, I addressed each of the requests below:

- **Re-interview regarding timing:** We asked during his interview about timing. didn't remember anything about the time and could not even give an estimate to what time he went to bed that night. He explained that because it was so long ago and it was just a normal night for him he didn't have any reason to remember specifics. He shared the only details he could remember. Unfortunately, will not be able to clarify timing for the report.
- **Include as a disputed fact that Complainant discussed with Respondent that she usually doesn't sleep with people she just met:** It is listed in the report as something that Complainant disputes.
- **Response to Respondent's statement regarding violent reaction:** I have added a footnote about the violent reaction.
- **Clarification regarding comment:** We have deleted Respondent's reference regarding comment. If it comes up at the hearing we can clarify, but it probably isn't worth noting in the report since it just appears in his witness notes. I think that it is clear that there was just a miscommunication about that detail.
- **Striking all references to second encounter:** We cannot strike all references to the second encounter. There is some relevance. However, we have stricken Respondent's comparison between the two encounters. We have also added the following policy language into the report: "Individuals with a previous or current intimate relationship do not automatically give either initial or continued consent to sexual activity. Even in the context of a relationship, there must be mutually understandable communication that clearly indicates a willingness to engage in sexual activity."
- If Respondent is found not responsible, we cannot take disciplinary action against him. That includes requiring him to withdraw from a course.

Please let me know if you have any questions.

Best regards,
Lauren

---

Lauren E. Kozak
*Title IX Coordinator and Assistant Director of Career Development*
Washington and Lee University
Elrod Commons 307
Lexington, Virginia 24450
Phone: 540.458.4055
Email: kozakl@wlu.edu

1