**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**LYNCHBURG DIVISION**

| | |
|---|---|
| John Doe,<br><br>  Plaintiff,<br><br> -against-<br><br>Washington and Lee University,<br><br>  Defendant. | **Civil Action No:**<br>**6:14-cv-0052-NKM**<br><br>**Plaintiff's Motion for Leave to File First Amended Complaint** |

   COMES NOW the plaintiff, by counsel, and with the consent of the defendant, moves for leave to file his First Amended Complaint which is attached as an exhibit to this motion.

                   John Doe

                   S/ G. Robert Gage, Jr.
                   Of Counsel

David G. Harrison (VSB 17590)
The Harrison Firm, PC
5305 Medmont Cir SW
Roanoke, VA 24018-1120
Tel: (540) 777-7100
Fax: (540) 777-7101
david@harrisonfirm.us

G. Robert Gage, Jr. (NY Bar No. 1901412)
Joseph B, Evans (NY Bar No. 5221775)
Gage Spencer and Fleming LLP
410 Park Ave, Suite 900
New York, NY 10222
Tel: (212) 768-4900
Fax: (212) 768-3629
grgage@gagespencer.com
jevans@gagespencer.com

*Certificate*

I hereby certify that on March 20, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: R. Craig Wood, Esquire.

S/ G. Robert Gage, Jr.