IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

JOHN DOE,
       Plaintiff,

v.                                      Case No.:  6:14-cv-00052-NKM

WASHINGTON AND LEE UNIVERSITY,
       Defendant.

## MOTION TO DISMISS AMENDED COMPLAINT

Defendant Washington and Lee University respectfully moves this Court to dismiss the above-captioned action with prejudice pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.  For reasons stated in the accompanying memorandum of law, Plaintiff John Doe fails to state a claim upon which relief can be granted.

                                                   Respectfully submitted,

                                                   WASHINGTON AND LEE UNIVERSITY

                                                   By Counsel

Robert Craig Wood
McGuireWoods LLP
Court Square Building
310 Fourth Street, N.E., Suite 300
Charlottesville, VA 22903-1288
434-977-2558 (direct line)
434-980-2274 (fax)
cwood@mcguirewoods.com

CERTIFICATE OF SERVICE

I, R. Craig Wood, certify that on this 7th day of April, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Plaintiff by electronically serving his counsel of record, and also by electronic mail to:

>David G. Harrison, Esq. (VSB # 17590)
>The Harrison Firm, PC
>5305 Medmont Circle, SW
>Roanoke, VA 24018-1120
>(540)777-7100
>david@harrisonfirm.us
>
>G. Robert Gage, Jr., Esq.
>New York Bar No. 1901412
>Joseph B. Evans
>New York Bar No. 5221775
>Gage, Spencer & Fleming LLP
>410 Park Ave., Ste. 900
>New York, NY 10022-9492.
>grgage@gagespencer.com
>jevans@gagespencer.com

/s/ R. Craig Wood
R. Craig Wood