

# Student Handbook
*2014-2015*

WASHINGTON and LEE
UNIVERSITY

# STUDENT HANDBOOK
# 2014-2015



# WASHINGTON AND LEE
UNIVERSITY

Lexington, Virginia

*www.wlu.edu*

*The policies of Washington and Lee University are under continual examination and revision. This Student Handbook is not a contract; it merely presents the policies in effect at the time of publication and in no way guarantees that the policies will not change. For more updated policies and information see www.wlu.edu.*

This year's Student Handbook was last updated in February 2015. Please check the W&L Student Affairs website, *go.wlu.edu/student-handbook*, for the most recent version.