The HARRISON FIRM PC
Legal Counsel

July 22, 2015

BY CM/ECF

The Honorable Norman K Moon
United States District Court
Western District of Virginia
1101 Court St
Lynchburg, VA 24505-0657

    Re:    Doe v Washington and Lee University
            Case No. 6:14-cv-00052-NKM

Dear Judge Moon:

    I call to the court's attention in connection with the pending motion to dismiss in this matter, the minute order dated July 10, 2015 in Doe v Regents of the University of California San Diego, Superior Court of California, County of San Diego, Case No. 37-2015-00010549-CU-SM-CTL. The order was entered subsequent to oral argument on defendant's motion to dismiss in this matter.

    A copy of the minute order is attached to the filing of this letter.

Very truly yours,

David G. Harrison

Enclosure

cc:    R. Craig Wood, Esquire (by CM/ECF)
       G. Robert Gage, Esquire (by CM/ECF)
       Joseph B. Evans, Esquire (by CM/ECF)

5305 MEDMONT CIRCLE
ROANOKE, VA 24018-1120
540 777-7100
FAX: 540 777-7101
law@theharrisonfirm.com
www.theharrisonfirm.com

C:\Users\David\Documents\Docs\HF\HF-Client Files\0450-001 Doe, John v W & L - Title IX\Liigation\Motion to Dismiss - Amended Complaint\2015-07-22 Moon, N ltr.docx