G. Robert Gage, Jr. (NY Bar No. 1901412)
Joseph B. Evans (NY Bar No. 5221775)
Gage Spencer & Fleming LLP
410 Park Avenue, Suite 900
New York, New York 10022
Tel:     (212) 768-4900
Fax:     (212) 768-3629
grgage@gagespencer.com
jevans@gagespencer.com

(Admitted *Pro Hac Vice*)

David G. Harrison (VSB 17590)
The Harrison Firm, P.C.
5305 Medmont Circle
Roanoke, Virginia 24018-1120
Tel:     (540) 777-7100
Fax:     (540) 777-7101
david@harrisonfirm.us

*Attorneys for Plaintiff John Doe*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| John Doe,<br><br>    Plaintiff,<br><br>  -against-<br><br>Washington and Lee University,<br><br>    Defendant. | **Civil Action No.:**<br>**6:14-cv-0052-NKM**<br><br>**Certification** |

Pursuant to Fed. R. Civ. P. 37(a)(1), counsel for Plaintiffs have met and conferred with Defendant's counsel in a good-faith effort to resolve the discovery matters that are the subject of this motion.

Dated: December 30, 2015

/s/
G. Robert Gage, Jr.
Joseph Evans
Gage Spencer & Fleming LLP
410 Park Avenue, Suite 900
New York, New York 10022
(212) 768-4900
grgage@gagespencer.com
jevans@gagespencer.com

(Admitted Pro Hac Vice)


/s/
David G. Harrison, Esquire (VSB #17590)
The Harrison Firm, P.C.
5305 Medmont Circle
Roanoke, Virginia 24018-1120
(540) 777-7100
david@harrisonfirm.us

Attorneys for Plaintiff John Doe