UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISON

| | |
|---|---|
| John Doe, | ) |
|     Plaintiff | ) |
| v. | ) Civil Action No. 6:14CV00052 |
| Washington and Lee University, | ) |
|     Defendant | ) |

MOTION TO AMEND PRETRIAL SCHEDULE

COMES NOW the plaintiff, by counsel, and with the consent of the defendant, moves to amend the pretrial order entered on January 13, 2015 in the following respect:

Deadline to complete discovery:     January 22, 2016

                                              John Doe

                                              S/David G. Harrison
                                              Of Counsel

David G. Harrison, Esquire (VSB 17590)
The Harrison Firm, PC
5305 Medmont Cir SW
Roanoke, VA 24018-1120
Tel    540-777-7100
Fax    540-777-7101
Email  david@harrisonfirm.us

G. Robert Gage, Esquire (NY Bar No. 1901412)
Email: grgage@gagespencer.com
William B. Fleming, Esquire (NY Bar No. 2514651)
Email: wfleming@gagespencer.com
Gage Spencer and Fleming LLP
410 Park Ave Ste 900
New York, NY 10222-9492
Tel    212-768-4900

CERTIFICATE OF SERVICE

I certify that on January 6, 2016 I electronically filed a copy of the foregoing Motion to Amend Pretrial Schedule with the Court's CM/ECF system which will send a Notice of Electronic Filing to counsel for the defendant with a hyperlink to the documents.

I further certify that on the same date I sent a copy of the foregoing by email to:

    R. Craig Wood, Esquire
    cwood@mcguirewoods.com

    Melissa Wolf Riley, Esquire
    mriley@mcguirewoods.com

                                      S/ David G. Harrison