Doe v. Washington and Lee University
REVISED Privilege Log - First Document Production

10/14/2015

| Production Bates Begin | Production Bates End | Production Attach Begin | Production Attach End | Document Date | Recipients | Author | CC | Privilege | Privilege Log - Description | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|
| WL0000742 | WL0000742 | | | | Shank, Leanne | Doelling, Louis | | Privileged - Entirely | Note to counsel | Attorney Client |
| WL0000822 | WL0000822 | | | 12/19/2014 | Shank, Leanne | Leonard, David | | Privileged - Entirely | Note to counsel | Attorney Client |
| WL0000823 | WL0000823 | | | 12/19/2014 | Shank, Leanne | Leonard, David | | Privileged - Entirely | Note to counsel | Attorney Client |
| WL0000937 | WL0000938 | | | 12/2/2014 | Leonard, David | Shank, Leanne | | Privileged - Entirely | E-mail regarding draft letter to UBA | Attorney Client |
| WL0000945 | WL0000946 | | | 12/4/2104 | Shank, Leanne; Leonard, | Evans, Sidney | | Privileged - Redact | E-mail regarding UBA decision | |
| WL0001867 | WL0001867 | WL0001867 | WL0001869 | 11/21/2014 | Shank, Leanne; Simpson, Tammi | Kozak, Lauren | | Privileged - Entirely | E-mail with attached Draft Letter to Complainant | Attorney Client; Work Product |
| WL0001868 | WL0001869 | WL0001867 | WL0001869 | 11/21/2014 | | | | Privileged - Entirely | Draft letter to complainant | Work Product |
| WL0001870 | WL0001870 | WL0001870 | WL0001871 | 11/21/2014 | Shank, Leanne; Kozak, Lauren | Simpson, Tammi | | Privileged - Entirely | E-mail regarding draft letter to respondent | Attorney Client; Work Product |
| WL0001871 | WL0001871 | WL0001870 | WL0001871 | 11/21/2014 | | | | Privileged - Entirely | Draft letter to respondent | Work Product |
| WL0001879 | WL0001880 | | | 11/19/2014 | Simpson, Tammi | Kozak, Lauren | Evans, Sidney; Shank, Leanne | Privileged - Redact | E-mail regarding request to record hearing | Attorney Client |
| WL0001881 | WL0001884 | | | 11/25/2014 | Kozak, Lauren | Shank, Leanne | | Privileged - Redact | E-mail regarding appeal | Attorney Client |
| WL0001885 | WL0001886 | WL0001885 | WL0001891 | 11/25/2014 | Kozak, Lauren; Shank, | Simpson, Tammi | | Privileged - Redact | E-mail regarding UAB | Attorney Client |
| WL0001887 | WL0001891 | WL0001885 | WL0001891 | | | | | Privileged - Entirely | Appeal document | Work Product |
| WL0001892 | WL0001892 | | | 11/19/2014 | Kozak, Lauren; Shank, Leanne | Simpson, Tammi | Evans, Sidney | Privileged - Redact | E-mail regarding request to record hearing | Attorney Client |
| WL0001893 | WL0001893 | | | 11/21/2014 | Shank, Leanne; Simpson, Tammi; Kozak, Lauren | Evans, Sidney | | Privileged - Redact | E-mail regarding hearing outcome | Attorney Client |
| WL0001894 | WL0001894 | | | 11/21/2014 | Shank, Leanne; Simpson, | Kozak, Lauren | | Privileged - Redact | E-mail regarding hearing outcome | Attorney Client |
| WL0001895 | WL0001897 | WL0001895 | WL0001902 | 11/25/2014 | Simpson, Tammi; Shank, | Kozak, Lauren | | Privileged - Redact | E-mail regarding appeal decision | Attorney Client; Work |
| WL0001898 | WL0001902 | WL0001895 | WL0001902 | | | | | Privileged - Entirely | Draft appeal response | Work Product |
| WL0001903 | WL0001903 | | | 11/21/2014 | Evans, Sidney; Shank, | Simpson, Tammi | Kozak, Lauren | Privileged - Redact | E-mail regarding hearing decision | Attorney Client |
| WL0001904 | WL0001904 | | | 11/19/2014 | Kozak, Lauren; Shank, Leanne | Simpson, Tammi | Evans, Sidney | Privileged - Redact | E-mail regarding request to record hearing | Attorney Client |
| WL0001905 | WL0001905 | | | 11/20/2104 | Kozak, Lauren; Simpson, Tammi | Shank, Leanne | Evans, Sidney | Privileged - Redact | E-mail regarding request to record hearing | Attorney Client |
| WL0001906 | WL0001907 | | | 11/21/2014 | Shank, Leanne | Simpson, Tammi | Kozak, Lauren; Evans, Sidney | Privileged - Redact | E-mail regarding hearing result | Attorney Client |
| WL0001908 | WL0001911 | WL0001908 | WL0001916 | 11/26/2014 | Kozak, Lauren; Shank, Leanne | Simpson, Tammi | | Privileged - Redact | E-mail regarding appeal | Attorney Client |
| WL0001912 | WL0001916 | WL0001908 | WL0001916 | | | | | Privileged - Entirely | Draft Response to appeal | Work Product |
| WL0001917 | WL0001919 | | | 11/12/2014 | Shank, Leanne | Kozak, Lauren | | Privileged - Redact | E-mail regarding notice to complainant about remedies | Attorney Client |

EXHIBIT A

Doe v. Washington and Lee University  
REVISED Privilege Log - First Document Production  
10/14/2015

| Begin Bates | End Bates | Attach Begin | Attach End | Date | From | To | CC | Privilege | Description | Basis |
|---|---|---|---|---|---|---|---|---|---|---|
| WL0001920 | WL0001921 | | | 11/19/2014 | Evans, Sidney | Kirkland, Jennifer | Simpson, Tammi; Shank, Leanne; Kozak, Lauren | Privileged - Redact | E-mail re request to record hearing | Attorney Client |
| WL0001922 | WL0001923 | | | 11/21/2014 | Shank, Leanne | Evans, Sidney | Kozak, Lauren; Simpson, Tammi | Privileged - Redact | E-mail regarding hearing | Attorney Client |
| WL0001924 | WL0001925 | | | 11/21/2014 | Kozak, Lauren | Simpson, Tammi | | Privileged - Redact | E-mail re hearing outcome letter. | Attorney Client |
| WL0001926 | WL0001928 | | | 11/25/2014 | Shank, Leanne | Kozak, Lauren | | Privileged - Redact | E-mail regarding appeal | Attorney Client |
| WL0001929 | WL0001931 | WL0001929 | WL0001936 | 11/25/2014 | Kozak, Lauren; Simpson, Tammi | Shank, Leanne | | Privileged - Redact | E-mail regarding appeal | Attorney Client; Work Product |
| WL0001932 | WL0001936 | WL0001929 | WL0001936 | | | | | Privileged - Entirely | Draft response to appeal | Work Product |
| WL0001937 | WL0001939 | | | 11/21/2014 | Shank, Leanne; Evans, Sidney | Simpson, Tammi | Kozak, Lauren | Privileged - Redact | E-mail regarding hearing result | Attorney Client |
| WL0001940 | WL0001941 | | | 11/21/2014 | Shank, Leanne | Kozak, Lauren | Evans, Sidney | Privileged - Redact | E-mail discussing questions from honor advocate | Attorney Client |
| WL0001942 | WL0001943 | | | 11/20/2014 | Kozak, Lauren; Shank, Leanne | Simpson, Tammi | Evans, Sidney | Privileged - Redact | E-mail re request to record hearing | Attorney Client |
| WL0001944 | WL0001944 | WL0001944 | WL0001946 | 11/21/2014 | Shank, Leanne | Simpson, Tammi | Kozak, Lauren | Privileged - Entirely | E-mail regarding hearing result | Attorney Client; Work Product |
| WL0001945 | WL0001946 | WL0001944 | WL0001946 | | | | | Privileged - Entirely | Draft Hearing Decision Form | Work Product |
| WL0001947 | WL0001948 | | | 11/19/2014 | Kirkland, Jennifer | Evans, Sidney | Simpson, Tammi; Shank, Leanne; Kozak, Lauren | Privileged - Redact | E-mail re request to record hearing | Attorney Client |
| WL0001949 | WL0001949 | WL0001949 | WL0001952 | 11/13/2014 | Shank, Leanne | Simpson, Tammi | Kozak, Lauren | Privileged - Redact | E-mail regarding draft answer of charge form | Attorney Client |
| WL0001950 | WL0001950 | WL0001949 | WL0001952 | | | | | Privileged - Entirely | Draft charge form | Work Product |
| WL0001951 | WL0001952 | WL0001949 | WL0001952 | 11/13/2014 | | | | Privileged - Entirely | Draft letter to respondent | Work Product |
| WL0001953 | WL0001953 | | | 11/21/2014 | Shank, Leanne; Simpson, Tammi | Kozak, Lauren | | Privileged - Redact | E-mail re outcome letter for respondent | Attorney Client; Work Product |
| WL0001954 | WL0001955 | | | 11/21/2014 | Evans, Sidney; Shank, Leanne | Simpson, Tammi | Kozak, Lauren | Privileged - Redact | E-mail re hearing result | Attorney Client |
| WL0001956 | WL0001958 | | | 11/25/2014 | Shank, Leanne | Kozak, Lauren | | Privileged - Redact | E-mail re appeal | Attorney Client; Work Product |
| WL0001959 | WL0001960 | | | 11/21/2014 | Shank, Leanne | Simpson, Tammi | Kozak, Lauren; Evans, Sidney | Privileged - Redact | E-mail re hearing report | Attorney Client |

| Begin | End | Attach Begin | Attach End | Date | From | To | CC | Status | Description | Privilege |
|---|---|---|---|---|---|---|---|---|---|---|
| WL0001961 | WL0001962 | | | 11/21/2014 | Shank, Leanne; Simpson, Tammi | Kozak, Lauren | | Privileged - Redact | E-mail re letter to complainant | Attorney Client |
| WL0001963 | WL0001964 | | | 11/19/2014 | Simpson, Tammi | Shank, Leanne | Kirkland, Jennifer; Kozak, Lauren; Evans, Sidney | Privileged - Redact | E-mail re request to record hearing | Attorney Client |
| WL0001965 | WL0001968 | WL0001965 | WL0001973 | 11/25/2014 | Shank, Leanne; Kozak, Lauren | Simpson, Tammi | | Privileged - Redact | E-mail re response to appeal | Attorney Client; Work Product |
| WL0001969 | WL0001973 | WL0001965 | WL0001973 | | | | | Privileged - Entirely | Draft response to appeal | Work Product |
| WL0001974 | WL0001975 | WL0001974 | WL0001978 | 11/12/2014 | Shank, Leanne | Kozak, Lauren | | Privileged - Entirely | E-mail re notice to complainant about remedies | Attorney Client; Work Product |
| WL0001976 | WL0001977 | WL0001974 | WL0001978 | | | | | Privileged - Entirely | Draft letter to complainant re remedies | Work Product |
| WL0001978 | WL0001978 | WL0001974 | WL0001978 | | | | | Privileged - Entirely | Draft decision form | Work Product |
| WL0001979 | WL0001979 | | | 11/21/2014 | Simpson, Tammi | Kozak, Lauren | | Privileged - Redact | E-mail re hearing result | Attorney Client |
| WL0001980 | WL0001980 | | | 11/21/2014 | Evans, Sidney; Kozak, Lauren; Simpson, Tammi | Shank, Leanne | | Privileged - Redact | E-mail re hearing result | Attorney Client |
| WL0001981 | WL0001982 | WL0001981 | WL0001990 | 11/25/2014 | Simpson, Tammi; Kozak, Lauren | Shank, Leanne | | Privileged - Redact | E-mail re response to appeal | Attorney Client |
| WL0001983 | WL0001990 | WL0001981 | WL0001990 | | | | | Privileged - Entirely | Appeal document with notes | Work Product |
| WL0001991 | WL0001993 | WL0001991 | WL0001999 | 11/25/2014 | Kozak, Lauren; Shank, Leanne | Simpson, Tammi | | Privileged - Redact | E-mail re response to appeal | Attorney Client; Work Product |
| WL0001994 | WL0001999 | WL0001991 | WL0001999 | | | | | Privileged - Entirely | Draft response to appeal | Work Product |
| WL0002000 | WL0002003 | WL0002000 | WL0002008 | 11/25/2014 | Shank, Leanne; Simpson, Tammi | Kozak, Lauren | | Privileged - Redact | E-mail re response to appeal | Attorney Client; Work Product |
| WL0002004 | WL0002008 | WL0002000 | WL0002008 | | | | | Privileged - Entirely | Draft response to appeal | Work Product |
| WL0002009 | WL0002009 | WL0002009 | WL0002011 | 11/21/2014 | Shank, Leanne; Kozak, Lauren | Simpson, Tammi | | Privileged - Entirely | E-mail re outcome letter for respondent | Attorney Client; Work Product |
| WL0002010 | WL0002011 | WL0002009 | WL0002011 | | | | | Privileged - Entirely | Draft outcome letter to respondent | Work Product |
| WL0002012 | WL0002014 | | | 11/21/2014 | Shank, Leanne | Simpson, Tammi | Kozak, Lauren; Evans, Sidney | Privileged - Redact | E-mail re hearing result | Attorney Client |
| WL0002015 | WL0002018 | | | 11/25/2014 | Simpson, Tammi; Kozak, Lauren | Shank, Leanne | | Privileged - Redact | E-mail re response to appeal | Attorney Client; Work Product |
| WL0002019 | WL0002019 | WL0002019 | WL0002020 | 11/21/2014 | Shank, Leanne | Kozak, Lauren | Simpson, Tammi | Privileged - Entirely | E-mail re outcome letter for respondent | Attorney Client; Work Product |
| WL0002020 | WL0002020 | WL0002019 | WL0002020 | | | | | Privileged - Entirely | Draft outcome letter to respondent | Work Product |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| WL0002021 | WL0002021 | | | 10/15/2014 | Kirkland, Jennifer | Kozak, Lauren | | Privileged - Entirely | E-mail regarding remedies request by complainant | Attorney Client |
| WL0002022 | WL0002022 | WL0002022 | WL0002024 | 11/21/2014 | Kozak, Lauren; Shank, Leanne | Simpson, Tammi | | Privileged - Entirely | E-mail re complainant disposition letter | Attorney Client |
| WL0002023 | WL0002024 | WL0002022 | WL0002024 | | | | | Privileged - Entirely | Draft disposition letter to complainant | Work Product |
| WL0002025 | WL0002026 | | | 11/21/2014 | Shank, Leanne; Simpson, Tammi | Kozak, Lauren | | Privileged - Entirely | E-mail re outcome letter for repsondent | Attorney Client |
| WL0002027 | WL0002028 | | | 11/21/2014 | Simpson, Tammi | Kozak, Lauren | | Privileged - Redact | E-mail re outcome letters | Attorney Client |
| WL0002029 | WL0002029 | | | 11/21/2014 | Evans, Sidney | Shank, Leanne | Kozak, Lauren; Simpson, Tammi | Privileged - Redact | E-mail re hearing outcome | Attorney Client |
| WL0002030 | WL0002031 | | | 11/21/2014 | Shank, Leanne | Simpson, Tammi | Kozak, Lauren; Evans, Sidney | Privileged - Redact | E-mail re hearing result | Attorney Client |
| WL0002032 | WL0002034 | | | 11/21/2014 | Shank, Leanne; Simpson, Tammi | Evans, Sidney | Kozak, Lauren | Privileged - Redact | E-mail re hearing result | Attorney Client |
| WL0002035 | WL0002037 | | | 11/25/2014 | Kozak, Lauren | Shank, Leanne | | Privileged - Redact | E-mail re appeal | Attorney Client |
| WL0002038 | WL0002039 | | | 11/19/2014 | Simpson, Tammi; Kozak, Lauren | Evans, Sidney | Kirkland, Jennifer; Shank, Leanne | Privileged - Redact | E-mail re request to record hearing | Attorney Client |
| WL0002040 | WL0002040 | | | 11/21/2014 | Evans, Sidney | Shank, Leanne | Kozak, Lauren; Simpson, Tammi | Privileged - Redact | E-mail re hearing results | Attorney Client |
| WL0002041 | WL0002042 | | | 11/21/2014 | Simpson, Tammi | Kozak, Lauren | | Privileged - Redact | E-mail re hearing result | Attorney Client |
| WL0002043 | WL0002044 | | | 11/19/2014 | Kirkland, Jennifer; Evans, Sidney | Simpson, Tammi | Shank, Leanne; Kozak, Lauren | Privileged - Redact | E-mail regarding request to record hearing | Attorney Client |
| WL0002045 | WL0002046 | | | 11/25/2014 | Shank, Leanne | Kozak, Lauren | | Privileged - Redact | E-mail Discussing appeal | Attorney Client |
| WL0002047 | WL0002047 | WL0002047 | WL0002055 | 11/24/2014 | Shank, Leanne; Simpson, Tammi | Kozak, Lauren | | Privileged - Redact | E-mail discussing appeal | Attorney Client |
| WL0002048 | WL0002055 | WL0002047 | WL0002055 | | | | | Privileged - Entirely | Appeal document with notes | Work Product |
| WL0002056 | WL0002057 | | | 11/21/2014 | Simpson, Tammi | Kozak, Lauren | | Privileged - Redact | E-mail re outcome letter for respondent | Attorney Client |
| WL0002058 | WL0002061 | | | 11/25/2014 | Kozak, Lauren; Shank, Leanne | Simpson, Tammi | | Privileged - Redact | E-mail re response to appeal | Attorney Client |
| WL0002062 | WL0002063 | | | 11/24/2014 | Simpson, Tammi; Kozak, Lauren | Shank, Leanne | | Privileged - Redact | E-mail re response to appeal | Attorney Client |
| WL0002064 | WL0002064 | | | 11/21/2014 | Simpson, Tammi | Evans, Sidney | Kozak, Lauren; Shank, Leanne | Privileged - Redact | E-mail re hearing result | Attorney Client |

Doe v. Washington and Lee University  10/14/2015
REVISED Privilege Log - First Document Production

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| WL0002065 | WL0002066 | | | 11/25/2014 | Simpson, Tammi | Kozak, Lauren | | Privileged - Redact | E-mail re response to appeal | Attorney Client |
| WL0002067 | WL0002067 | | | 11/21/2014 | Simpson, Tammi | Shank, Leanne | Kozak, Lauren; Evans, Sidney | Privileged - Redact | E-mail re hearing result | Attorney Client |
| WL0002068 | WL0002069 | | | 11/21/2014 | Kozak, Lauren | Simpson, Tammi | | Privileged - Redact | E-mail re hearing result | Attorney Client |
| WL0002070 | WL0002071 | | | 11/21/2014 | Evans, Sidney | Shank, Leanne | Kozak, Lauren; Simpson, Tammi | Privileged - Redact | E-mail re hearing result | Attorney Client |
| WL0002072 | WL0002074 | WL0002072 | WL0002074 | 11/12/2014 | Simpson, Tammi | Kozak, Lauren | | Privileged - Redact | E-mail re notice to complainant about remedies | Attorney Client |
| WL0002075 | WL0002076 | WL0002072 | WL0002076 | | | | | Privileged - Entirely | Draft letter to complainant re remedies | Work Product |
| WL0002101 | WL0002102 | | | 8/15/2014 | Kirkland, Jennifer; Shank, Leanne | Kozak, Lauren | | Privileged - Entirely | E-mail interim policy | Attorney Client; Work Product |
| WL0002103 | WL0002107 | WL0002103 | WL0002160 | 8/13/2014 | Kozak, Lauren; Shank, Leanne; Kirkland, Jennifer | Campbell, Julie | | Privileged - Entirely | E-mail re interim policy | Attorney Client; Work Product |
| WL0002108 | WL0002160 | WL0002103 | WL0002160 | | | | | Privileged - Entirely | Draft interim policy | Work Product |
| WL0002161 | WL0002161 | WL0002161 | WL0002168 | 7/17/2014 | Kozak, Lauren | Shank, Leanne | | Privileged - Entirely | E-mail re interim policy | Attorney Client; Work Product |
| WL0002162 | WL0002164 | WL0002161 | WL0002168 | | | | | Privileged - Entirely | Draft interim policy | Work Product |
| WL0002165 | WL0002168 | WL0002161 | WL0002168 | | | | | Privileged - Entirely | draft interim policy | Work Product |
| WL0002169 | WL0002171 | | | 8/15/2014 | Shank, Leanne; Kirkland, Jennifer | Kozak, Lauren | | Privileged - Entirely | E-mail re draft interim policy | Attorney Client; Work Product |
| WL0002172 | WL0002172 | WL0002172 | WL0002175 | 8/12/2014 | Kozak, Lauren | Shank, Leanne | | Privileged - Entirely | E-mail regarding updating of student complaint policy | Attorney Client |
| WL0002173 | WL0002175 | WL0002172 | WL0002175 | | | | | Privileged - Entirely | Draft interim policy | Work Product |
| WL0002177 | WL0002179 | | | | | | | Privileged - Entirely | E-mail re interim policy | Attorney Client; Work Product |
| WL0002180 | WL0002180 | | | 7/17/2014 | Shank, Leanne | Kozak, Lauren | | Privileged - Entirely | E-mail re changes to sexual misconduct policy | Attorney Client; Work Product |
| WL0002181 | WL0002181 | WL0002181 | WL0002190 | 8/13/2014 | Kozak, Lauren | Shank, Leanne | | Privileged - Entirely | E-mail re interim policy | Attorney Client |
| WL0002182 | WL0002190 | WL0002181 | WL0002190 | | | | | Privileged - Entirely | Draft interim policy | Work Product |
| WL0002191 | WL0002192 | WL0002191 | WL0002245 | 7/18/2014 | Shank, Leanne | Kozak, Lauren | | Privileged - Entirely | E-mail re interim policy | Attorney Client; Work Product |
| WL0002193 | WL0002245 | WL0002191 | WL0002245 | | | | | Privileged - Entirely | Draft interim policy | Work Product |
| WL0002246 | WL0002246 | WL0002246 | WL0002298 | 8/12/2014 | Shank, Leanne | Kozak, Lauren | | Privileged - Entirely | E-mail re draft interim policy | Work Product |
| WL0002247 | WL0002298 | WL0002246 | WL0002298 | | | | | Privileged - Entirely | Draft interim policy | Work Product |

Doe v. Washington and Lee University
REVISED Privilege Log - First Document Production

10/14/2015

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| WL0002299 | WL0002299 | | | 8/17/2014 | Shank, Leanne | Kozak, Lauren | | Privileged - Entirely | E-mail re draft Interm policy | Attorney Client; Work Product |
| WL0002300 | WL0002300 | WL0002300 | WL0002329 | 8/12/2014 | Kozak, Lauren; Evans, Sidney | Shank, Leanne | Shearer, Jana; Willett, Jessica; Kirkland, Jennifer | Privileged - Entirely | E-mail re adoption of interim policy | Attorney Client |
| WL0002301 | WL0002313 | WL0002300 | WL0002329 | | | | | Privileged - Entirely | Draft policy re complaints against faculty, staff, and other non-students | Work Product |
| WL0002314 | WL0002322 | WL0002300 | WL0002329 | | | | | Privileged - Entirely | Draft policy re SFHB | Work Product |
| WL0002323 | WL0002326 | WL0002300 | WL0002329 | | | | | Privileged - Entirely | Draft Interim policy re discrimination, harassment and retaliation other than sex | Work Product |
| WL0002327 | WL0002329 | WL0002300 | WL0002329 | | | | | Privileged - Entirely | Draft policy re prohibited discrimination, harssment, and retaliation, and sexual harassment and misconduct | Work Product |
| WL0002331 | WL0002331 | | | 6/10/2014 | Kozak, Lauren | Shank, Leanne | | Privileged - Entirely | E-mail re development of interim policy | Attorney Client |
| WL0002332 | WL0002336 | | | 7/18/2014 | Evans, Sidney; Shank, Leanne | Kozak, Lauren | | Privileged - Entirely | E-mail regarding interim policy | Attorney Client; Work Product |
| WL0002337 | WL0002337 | WL0002337 | WL0002389 | 8/16/2014 | Kozak, Lauren | Shank, Leanne | | Privileged - Entirely | E-mail re interim policy | Attorney Client; Work Product |
| WL0002338 | WL0002389 | WL0002337 | WL0002389 | | | | | Privileged - Entirely | Draft of interim policy | Work Product |
| WL0002390 | WL0002391 | | | 8/13/2014 | Shank, Leanne; Kirkland, Jennifer | Kozak, Lauren | Campbell, Julie | Privileged - Entirely | E-mail re Interim policy | Attorney Client; Work Product |
| WL0002392 | WL0002392 | | | 7/30/2014 | Kozak, Lauren | Shank, Leanne | | Privileged - Entirely | E-mail re interim policy | Attorney Client |
| WL0002393 | WL0002393 | WL0002393 | WL0002449 | 7/11/2014 | Evans, Sidney; Shank, Leanne | Kozak, Lauren | | Privileged - Entirely | E-mail re interim policy | Attorney Client; Work Product |
| WL0002394 | WL0002449 | WL0002393 | WL0002449 | | | | | Privileged - Entirely | draft sexual harassment and misconduct policy | Work Product |
| WL0002450 | WL0002451 | WL0002450 | WL0002462 | 7/23/2014 | | | | Privileged - Entirely | E-mail re interim policy | Attorney Client |
| WL0002452 | WL0002462 | WL0002450 | WL0002462 | | | | | Privileged - Entirely | Draft SFHB policy | Work Product |

Doe v. Washington and Lee University
REVISED Privilege Log - First Document Production

10/14/2015

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| WL0002463 | WL0002464 | | | 8/14/2014 | Shank, Leanne | Kirkland, Jennifer | Evans, Sidney; Barnes, Amy; Willett, Jessica; Kozak, Lauren | Privileged - Entirely | E-mail re interim policy | Attorney Client; Work Product |
| WL0002468 | WL0002469 | | | 8/13/2014 | Shank, Leanne | Kirkland, Jennifer | Kozak, Lauren; Campbell, Julie | Privileged - Entirely | E-mail re interim policy | Attorney Client; Work Product |
| WL0002470 | WL0002470 | WL0002470 | WL0002601 | 7/31/2014 | Evans, Sidney; Shank, Leanne | Kozak, Lauren | | Privileged - Entirely | E-mail re interim policy | Attorney Client |
| WL0002471 | WL0002523 | WL0002470 | WL0002601 | | | | | Privileged - Entirely | Draft interim policy | Work Product |
| WL0002524 | WL0002528 | WL0002470 | WL0002601 | | | | | Privileged - Entirely | List of changes to interim policy draft | Work Product |
| WL0002529 | WL0002601 | WL0002470 | WL0002601 | | | | | Privileged - Entirely | Comparison of current policy with interim policy | Work Product |
| WL0002602 | WL0002603 | WL0002602 | WL0002655 | 8/15/2014 | Shank, Leanne | Kozak, Lauren | Kirkland, Jennifer | Privileged - Entirely | E-mail re interim policy | Attorney Client; Work Product |
| WL0002604 | WL0002655 | WL0002602 | WL0002655 | | | | | Privileged - Entirely | Draft interim policy | Work Product |
| WL0002656 | WL0002656 | WL0002656 | WL0002665 | 7/28/2014 | Kozak, Lauren | Shank, Leanne | | Privileged - Entirely | E-mail re draft policies for student handbook | Attorney Client; Work Product |
| WL0002657 | WL0002665 | WL0002656 | WL0002665 | | | | | Privileged - Entirely | Draft student handbook policy | Work Product |
| WL0002670 | WL0002674 | WL0002670 | WL0002744 | 8/6/2014 | Ruscio, Kenneth | Shank, Leanne | Knapp, Elizabeth; Barnes, Amy; Evans, Sidney; Kozak, Lauren | Privileged - Entirely | E-mail re interim policy | Attorney Client; Work Product |
| WL0002675 | WL0002726 | WL0002670 | WL0002744 | | | | | Privileged - Entirely | Draft interim policy | Attorney Client; Work Product |
| WL0002727 | WL0002731 | WL0002670 | WL0002744 | | | | | Privileged - Entirely | List of changes in interim policy | Work Product |
| WL0002732 | WL0002735 | WL0002670 | WL0002744 | | | | | Privileged - Entirely | Draft interim policy | Work Product |
| WL0002736 | WL0002744 | WL0002670 | WL0002744 | | | | | Privileged - Entirely | Draft student handbook SFHB section | Work Product |
| WL0002745 | WL0002745 | WL0002745 | WL0002797 | 8/16/2014 | Shank, Leanne | Kozak, Lauren | | Privileged - Entirely | E-mail re interim policy | Attorney Client; Work Product |
| WL0002746 | WL0002797 | WL0002745 | WL0002797 | | | | | Privileged - Entirely | Draft interim policy | Work Product |
| WL0002799 | WL0002799 | | | 7/30/2014 | Shank, Leanne | Kozak, Lauren | | Privileged - Entirely | E-mail re interim policy | Attorney Client |

| BegBates | EndBates | BegAttach | EndAttach | Date | From | To | CC | Privilege | Description | Basis |
|---|---|---|---|---|---|---|---|---|---|---|
| WL0002800 | WL0002800 | WL0002800 | WL0002804 | 8/13/2014 | Fitch, Lynn; Austin, Kimberly; Kozak, Lauren | Kirkland, Jennifer | Campbell, Julie; Shank, Leanne; Barnes, Amy; Evans, Sidney | Privileged - Entirely | E-mail re changes to harassment/discrimination policies | Work Product |
| WL0002801 | WL0002804 | WL0002800 | WL0002804 | | | | | Privileged - Entirely | Draft resources list for harassment and sexual misconduct | Work Product |
| WL0002805 | WL0002807 | WL0002805 | WL0002860 | 8/14/2014 | Shank, Leanne; Kirkland, Jennifer | Kozak, Lauren | Willett, Jessica; Barnes, Amy | Privileged - Entirely | E-mail re interim policy | Attorney Client; Work Product |
| WL0002808 | WL0002860 | WL0002805 | WL0002860 | | | | | Privileged - Entirely | Draft interim policy | Work Product |
| WL0002861 | WL0002863 | WL0002861 | WL0002916 | 8/14/2014 | Kirkland, Jennifer | Kozak, Lauren | | Privileged - Entirely | E-mail re interim policy | Work Product |
| WL0002864 | WL0002916 | WL0002861 | WL0002916 | | | | | Privileged - Entirely | Draft Interim policy | Work Product |
| WL0002917 | WL0002917 | WL0002917 | WL0002987 | 8/5/2014 | Shank, Leanne | Kozak, Lauren | | Privileged - Entirely | E-mail re interim policy and other draft policies | Work Product |
| WL0002918 | WL0002969 | WL0002917 | WL0002987 | | | | | Privileged - Entirely | Draft interim policy | Work Product |
| WL0002970 | WL0002973 | WL0002917 | WL0002987 | | | | | Privileged - Entirely | Draft interim policy | Work Product |
| WL0002974 | WL0002982 | WL0002917 | WL0002987 | | | | | Privileged - Entirely | Draft student handbook SFHB policy | Work Product |
| WL0002983 | WL0002987 | WL0002917 | WL0002987 | | | | | Privileged - Entirely | List of changes in interim policy | Work Product |
| WL0002989 | WL0002990 | WL0002989 | WL0003043 | 8/4/2014 | Kozak, Lauren; Shank, Leanne; Kirkland, Jennifer | Evans, Sidney | | Privileged - Entirely | E-mail re interim policy | Attorney Client; Work Product |
| WL0002991 | WL0003043 | WL0002989 | WL0003043 | | | | | Privileged - Entirely | Draft interim policy | Work Product |
| WL0003044 | WL0003046 | | | 8/15/2014 | Shank, Leanne; Kirkland, Jennifer | Kozak, Lauren | | Privileged - Entirely | E-mail re interim policy | Attorney Client |
| WL0003047 | WL0003047 | WL0003047 | WL0003118 | 7/22/2014 | Shank, Leanne | Kozak, Lauren | Evans, Sidney | Privileged - Entirely | E-mail re interim policy | Attorney Client; Work Product |
| WL0003048 | WL0003051 | WL0003047 | WL0003118 | | | | | Privileged - Entirely | List of changes in interim policy | Work Product |
| WL0003052 | WL0003118 | WL0003047 | WL0003118 | | | | | Privileged - Entirely | comparison of current and interim policy | Work Product |
| WL0003119 | WL0003119 | WL0003119 | WL0003172 | 8/14/2014 | Kirkland, Jennifer | Shank, Leanne | Barnes, Amy; Willett, Jessica; Kozak, Lauren | Privileged - Entirely | E-mail re interim policy | Attorney Client; Work Product |
| WL0003120 | WL0003172 | WL0003119 | WL0003172 | | | | | Privileged - Entirely | Draft interim policy | Work Product |
| WL0003173 | WL0003173 | WL0003173 | WL0003253 | 8/14/2014 | Shank, Leanne | Kirkland, Jennifer | Kozak, Lauren | Privileged - Entirely | E-mail re interim policy | Attorney Client; Work Product |

| | | | | | From | To | CC | Privilege | Description | Basis |
|---|---|---|---|---|---|---|---|---|---|---|
| WL0003174 | WL0003225 | WL0003173 | WL0003253 | | | | | Privileged - Entirely | Draft interim policy | Work Product |
| WL0003226 | WL0003238 | WL0003173 | WL0003253 | | | | | Privileged - Entirely | Draft policy for complaints against faculty, staff and non-students | Work Product |
| WL0003239 | WL0003247 | WL0003173 | WL0003253 | | | | | Privileged - Entirely | Draft Student handbook SFHB policy | Work Product |
| WL0003248 | WL0003249 | WL0003173 | WL0003253 | | | | | Privileged - Entirely | Draft Procedures for Complaints under interim policy | Work Product |
| WL0003250 | WL0003253 | WL0003173 | WL0003253 | | | | | Privileged - Entirely | Draft Interim Policy | Work Product |
| WL0003254 | WL0003256 | WL0003254 | WL0003312 | 6/13/2014 | Shank, Leanne | Kozak, Lauren | | Privileged - Entirely | E-mail re interim policy | Attorney Client; Work Product |
| WL0003257 | WL0003312 | WL0003254 | WL0003312 | | | | | Privileged - Entirely | Draft interim policy | Work Product |
| WL0003313 | WL0003314 | WL0003313 | WL0003342 | 8/13/2014 | Kirkland, Jennifer | Kozak, Lauren | | Privileged - Entirely | E-mail re interim policy and other revised policies | Attorney Client; Work Product |
| WL0003315 | WL0003318 | WL0003313 | WL0003342 | | | | | Privileged - Entirely | Draft interim policy | Work Product |
| WL0003319 | WL0003331 | WL0003313 | WL0003342 | | | | | Privileged - Entirely | Draft procedures for complaints against faculty, staff and other non-students | Work Product |
| WL0003332 | WL0003333 | WL0003313 | WL0003342 | | | | | Privileged - Entirely | Draft procedures for complaints under interim policy | Work Product |
| WL0003334 | WL0003342 | WL0003313 | WL0003342 | | | | | Privileged - Entirely | Draft Student Handbook policy on SFHB | Work Product |
| WL0003343 | WL0003343 | WL0003343 | WL0003411 | 7/25/2014 | Shank, Leanne | Kozak, Lauren | | Privileged - Entirely | E-mail re interim policy | Attorney Client; Work Product |
| WL0003344 | WL0003348 | WL0003343 | WL0003411 | | | | | Privileged - Entirely | List of changes in interim policy | Work Product |
| WL0003349 | WL0003402 | WL0003343 | WL0003411 | | | | | Privileged - Entirely | Draft interim policy | Work Product |
| WL0003403 | WL0003411 | WL0003343 | WL0003411 | | | | | Privileged - Entirely | Draft Student Handbook Policy re SFHB | Work Product |
| WL0003419 | WL0003420 | WL0003419 | WL0003472 | 8/15/2014 | Kozak, Lauren | Shank, Leanne | Barnes, Amy; Kirkland, Jennifer | Privileged - Entirely | E-mail re interim policy | Attorney Client; Work Product |
| WL0003421 | WL0003472 | WL0003419 | WL0003472 | | | | | Privileged - Entirely | Draft interim policy | Work Product |
| WL0003474 | WL0003474 | WL0003474 | WL0003483 | 8/14/2014 | Kirkland, Jennifer | Kozak, Lauren | | Privileged - Entirely | E-mail re interim policy | Attorney Client; Work Product |
| WL0003475 | WL0003483 | WL0003474 | WL0003483 | | | | | Privileged - Entirely | Draft Student Handbook SFHB policy | Work Product |
| WL0003485 | WL0003486 | | | 8/15/2014 | Shank, Leanne | Kozak, Lauren | Kirkland, Jennifer | Privileged - Entirely | E-mail re interim policy | Attorney Client; Work Product |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| WL0003488 | WL0003490 | | | 8/15/2014 | Shank, Leanne; Kozak, Lauren | Kirkland, Jennifer | | Privileged - Entirely | E-mail re interim policy | Attorney Client |
| WL0003491 | WL0003493 | | | 8/15/2014 | Kozak, Lauren; Shank, Leanne | Kirkland, Jennifer | | Privileged - Entirely | E-mail re interim policy | Attorney Client; Work Product |
| WL0003494 | WL0003494 | WL0003494 | WL0003497 | 7/30/2014 | Kozak, Lauren | Shank, Leanne | | Privileged - Entirely | E-mail re draft SFHB procedure | Attorney Client; Work Product |
| WL0003495 | WL0003497 | WL0003494 | WL0003497 | | | | | Privileged - Entirely | Draft of SFHB complaint process internal working procedures | Work Product |
| WL0003498 | WL0003499 | | | 8/13/2014 | Kirkland, Jennifer | Kozak, Lauren | | Privileged - Entirely | E-mail re interim policy | Attorney Client |
| WL0003500 | WL0003501 | WL0003500 | WL0003557 | 6/13/2014 | Barnes, Amy; Evans, Sidney; Kirkland, Jennifer; Knapp, Elizabeth; Kozak, Lauren | Shank, Leanne | Willett, Jessica; Shearer, Jana; Patterson, Penny | Privileged - Entirely | E-mail re interim policy | Attorney Client; Work Product |
| WL0003502 | WL0003557 | WL0003500 | WL0003557 | | | | | Privileged - Entirely | Draft interim policy | Work Product |
| WL0003558 | WL0003560 | WL0003558 | WL0003612 | 8/15/2014 | Kozak, Lauren | Shank, Leanne | Kirkland, Jennifer | Privileged - Entirely | E-mail re interim policy | Attorney Client; Work Product |
| WL0003561 | WL0003612 | WL0003558 | WL0003612 | | | | | Privileged - Entirely | Draft interim policy | Work Product |
| WL0003613 | WL0003613 | WL0003613 | WL0003676 | 6/16/2014 | Kozak, Lauren | Shank, Leanne | | Privileged - Entirely | E-mail re interim policy | Attorney Client; Work Product |
| WL0003614 | WL0003676 | WL0003613 | WL0003676 | | | | | Privileged - Entirely | Draft interim policy | Work Product |
| WL0003677 | WL0003678 | | | 8/14/2014 | Kirkland, Jennifer | Kozak, Lauren | | Privileged - Entirely | E-mail re interim policy | Attorney Client; Work Product |
| WL0003679 | WL0003680 | WL0003679 | WL0003732 | 8/12/2014 | Campbell, Julie | Shank, Leanne | Hanna, Jeff; Evans, Sidney; Kozak, Lauren; Kirkland, Jennifer; Eckert, Brian | Privileged - Entirely | E-mail re adoption of interim policy | Attorney Client; Work Product |
| WL0003681 | WL0003732 | WL0003679 | WL0003732 | | | | | Privileged - Entirely | Draft interim policy | Work Product |
| WL0003733 | WL0003734 | WL0003733 | WL0003763 | 8/13/2014 | Kozak, Lauren | Kirkland, Jennifer | | Privileged - Entirely | E-mail re interim policy | Attorney Client |
| WL0003735 | WL0003747 | WL0003733 | WL0003763 | | | | | Privileged - Entirely | Draft polciy re compliants against faculty, staff, and other non-students | Work Product |
| WL0003748 | WL0003756 | WL0003733 | WL0003763 | | | | | Privileged - Entirely | Draft Student Handbook policy on SFHB | Work Product |
| WL0003757 | WL0003760 | WL0003733 | WL0003763 | | | | | Privileged - Entirely | Draft Interim policy | Work Product |
| WL0003761 | WL0003763 | WL0003733 | WL0003763 | | | | | Privileged - Entirely | Draft interim policy | Work Product |

Doe v. Washington and Lee University
REVISED Privilege Log - First Document Production

10/14/2015

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| WL0003764 | WL0003767 | | | 7/18/2014 | Kozak, Lauren; Evans, Sidney | Shank, Leanne | | Privileged - Entirely | E-mail re interim policy | Attorney Client |
| WL0003768 | WL0003770 | | | 8/15/2014 | Shank, Leanne; Kozak, Lauren | Kirkland, Jennifer | | Privileged - Entirely | E-mail re interim policy | Attorney Client; Work Product |
| WL0003789 | WL0003789 | | | | Shank, Leanne | Simpson, Tammi | Evans, Sidney; Kozak, Lauren | Privileged - Redact | E-mail re hearing report | Attorney Client |
| WL0003790 | WL0003790 | | | | Shank, Leanne | Simpson, Tammi | Evans, Sidney; Kozak, Lauren | Privileged - Redact | E-mail re hearing report | Attorney Client |
| WL0003893 | WL0003893 | | | | Shank, Leanne; Kozak, Lauren | Simpson, Tammi | Evans, Sidney | Privileged - Redact | E-mail re request to record hearing | Attorney Client |
| WL0003894 | WL0003894 | | | | Shank, Leanne; Kozak, Lauren | Simpson, Tammi | Evans, Sidney | Privileged - Redact | E-mail re request to record hearing | Attorney Client |
| WL0003895 | WL0003896 | | | | Evans, Sidney; Kirkland, Jennifer | Simpson, Tammi | Kozak, Lauren; Shank, Leanne | Privileged - Redact | E-mail re request to record hearing | Attorney Client |
| WL0003897 | WL0003897 | | | | Shank, Leanne; Kozak, Lauren | Simpson, Tammi | Evans, Sidney | Privileged - Redact | E-mail re request to record hearing | Attorney Client |
| WL0003904 | WL0003904 | | | | Evans, Sidney | Simpson, Tammi | | Privileged - Redact | E-mail re hearing result | Attorney Client |
| WL0003905 | WL0003905 | | | | Shank, Leanne; Evans, Sidney | Simpson, Tammi | Kozak, Lauren | Privileged - Redact | E-mail re hearing result | Attorney Client |
| WL0003906 | WL0003906 | | | | Kozak, Lauren | Simpson, Tammi | | Privileged - Redact | E-mail re hearing result | |
| WL0003907 | WL0003907 | | | | Shank, Leanne | Simpson, Tammi | Evans, Sidney; Kozak, Lauren | Privileged - Redact | E-mail re hearing result | |
| WL0003908 | WL0003908 | | | | Shank, Leanne; Evans, Sidney | Simpson, Tammi | Kozak, Lauren | Privileged - Redact | E-mail re hearing result | Attorney Client |
| WL0003909 | WL0003909 | | | | Kozak, Lauren | Simpson, Tammi | | Privileged - Redact | E-mail re hearing result | Attorney Client |
| WL0003910 | WL0003911 | | | | Shank, Leanne | Simpson, Tammi | Evans, Sidney; Kozak, Lauren | Privileged - Redact | E-mail re hearing result | Attorney Client |
| WL0003912 | WL0003913 | | | | Evans, Sidney; Shank, Leanne | Simpson, Tammi | Kozak, Lauren | Privileged - Redact | E-mail re hearing result | Attorney Client |
| WL0003916 | WL0003916 | WL0003916 | WL0003918 | | Kozak, Lauren; Shank, Leanne | Simpson, Tammi | | Privileged - Entirely | E-mail re outcome letter for respondent | Attorney Client; Work Product |
| WL0003917 | WL0003918 | WL0003916 | WL0003918 | | | | | Privileged - Entirely | Draft outcome letter for respondent | Work Product |
| WL0003919 | WL0003919 | WL0003919 | WL0003920 | | Kozak, Lauren; Shank, Leanne | Simpson, Tammi | | Privileged - Entirely | E-mail re outcome letter to respondent | Attorney Client; Work Product |
| WL0003920 | WL0003920 | WL0003919 | WL0003920 | | | | | Privileged - Entirely | Draft outcome letter to respondent | Work Product |
| WL0003924 | WL0003924 | WL0003924 | WL0003926 | | Shank, Leanne | Simpson, Tammi | Kozak, Lauren | Privileged - Entirely | E-mail re hearing report | Attorney Client |

Doe v. Washington and Lee University
REVISED Privilege Log - First Document Production

10/14/2015

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| WL0003925 | WL0003926 | WL0003924 | WL0003926 | | | | | Privileged - Entirely | Draft hearing decision form | Attorney Client; Work Product |
| WL0003927 | WL0003927 | WL0003927 | WL0003929 | | Shank, Leanne; Kozak, Lauren | Simpson, Tammi | | Privileged - Entirely | E-mail re letter to complainant | Attorney Client |
| WL0003928 | WL0003929 | WL0003927 | WL0003929 | | | | | Privileged - Entirely | Draft letter to complainant | Attorney Client; Work Product |
| WL0003931 | WL0003931 | | | | Kozak, Lauren; Shank, Leanne | Simpson, Tammi | | Privileged - Entirely | E-mail re letter to complainant | Attorney Client; Work Product |
| WL0003932 | WL0003932 | | | | Kozak, Lauren; Shank, Leanne | Simpson, Tammi | | Privileged - Entirely | E-mail re letter to complainant | Attorney Client; Work Product |
| WL0003933 | WL0003933 | | | | Shank, Leanne | Simpson, Tammi | Kozak, Lauren | Privileged - Entirely | E-mail re letter to complainant | Attorney Client; Work Product |
| WL0003934 | WL0003934 | | | | Kozak, Lauren | Simpson, Tammi | | Privileged - Redact | E-mail re letter to complainant | Attorney Client; Work Product |
| WL0003945 | WL0003945 | WL0003945 | WL0003950 | | Shank, Leanne | Simpson, Tammi | Kozak, Lauren | Privileged - Redact | E-mail re appeal | Attorney Client |
| WL0003951 | WL0003951 | | | | Kozak, Lauren; Shank, Leanne | Simpson, Tammi | | Privileged - Redact | E-mail re appeal | Attorney Client; Work Product |
| WL0003952 | WL0003952 | | | | Shank, Leanne; Kozak, Lauren | Simpson, Tammi | | Privileged - Redact | E-mail re response to appeal | Attorney Client |
| WL0003954 | WL0003955 | | | | Kozak, Lauren | Simpson, Tammi | | Privileged - Redact | E-mail re response to appeal | Attorney Client |
| WL0003956 | WL0003957 | | | | Kozak, Lauren | Simpson, Tammi | | Privileged - Redact | E-mail re response to appeal | Attorney Client |
| WL0003958 | WL0003959 | WL0003958 | WL0003964 | | Shank, Leanne; Kozak, Lauren | Simpson, Tammi | | Privileged - Redact | E-mail re response to appeal | Attorney Client; Work Product |
| WL0003965 | WL0003966 | WL0003965 | WL0003972 | | Shank, Leanne; Kozak, Lauren | Simpson, Tammi | | Privileged - Redact | E-mail re response to appeal | Attorney Client; Work Product |
| WL0003967 | WL0003972 | WL0003965 | WL0003972 | | | | | Privileged - Entirely | Draft response to appeal | Attorney Client; Work Product |
| WL0003973 | WL0003974 | WL0003973 | WL0003979 | | Kozak, Lauren; Shank, Leanne | Simpson, Tammi | | Privileged - Redact | E-mail re response to appeal | Attorney Client; Work Product |
| WL0003975 | WL0003979 | WL0003973 | WL0003979 | | | | | Privileged - Entirely | Draft response to appeal | Attorney Client; Work Product |
| WL0003980 | WL0003982 | WL0003980 | WL0003987 | | Shank, Leanne; Kozak, Lauren | Simpson, Tammi | | Privileged - Redact | E-mail re response to appeal | Attorney Client |
| WL0003983 | WL0003987 | WL0003980 | WL0003987 | | | | | Privileged - Entirely | Draft response to appeal | Work Product |
| WL0003988 | WL0003990 | | | | Shank, Leanne; Kozak, Lauren | Simpson, Tammi | | Privileged - Redact | E-mail re response to appeal | Attorney Client |
| WL0003997 | WL0003999 | | | | Shank, Leanne; Kozak, Lauren | Simpson, Tammi | | Privileged - Redact | E-mail re response to appeal | Attorney Client |

Doe v. Washington and Lee University
REVISED Privilege Log - First Document Production

10/14/2015

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| WL0004091 | WL0004091 | WL0004091 | WL0004093 | | Shank, Leanne | Simpson, Tammi | | Privileged - Entirely | E-mail re draft hearing report | Attorney Client |
| WL0004092 | WL0004093 | WL0004091 | WL0004093 | | | | | Privileged - Entirely | Draft hearing decision form | Attorney Client; Work Product |
| WL0004094 | WL0004094 | | | | Shank, Leanne | Simpson, Tammi | | Privileged - Entirely | E-mail re draft hearing report | Attorney Client |
| WL0004109 | WL0004110 | | | | Leonard, David | Simpson, Tammi | | Privileged - Redact | E-mail regarding notification of appeal | Attorney Client |
| WL0004111 | WL0004112 | | | | Leonard, David | Simpson, Tammi | | Privileged - Redact | E-mail re notification of appeal | Attorney Client |
| WL0004115 | WL0004117 | WL0004115 | WL0004122 | | Shank, Leanne | Simpson, Tammi | | Privileged - Entirely | E-mail re response to appeal | Attorney Client; Work Product |
| WL0004118 | WL0004122 | WL0004115 | WL0004122 | | | | | Privileged - Entirely | Draft response to appeal | Work Product |
| WL0004123 | WL0004125 | | | | Shank, Leanne | Simpson, Tammi | | Privileged - Redact | E-mail re response to appeal | Attorney Client |