UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISON

| | |
|---|---|
| JOHN DOE, | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 6:14-cv-00052 |
| WASHINGTON AND LEE UNIVERSITY, | ) |
| Defendant | ) |

# ORDER

The parties were before the court on plaintiff's motion to compel production of documents withheld on grounds of attorney-client privilege and the work product doctrine (Docket No. 62). I have considered the pleadings, and arguments of counsel, and have reviewed in camera all documents at issue and considered the applicable law. For the reasons stated on the record on January 18, 2016, I **FIND** that the communications at issue between members of the Student Faculty Hearing Board, the Board of Appeals, Washington & Lee University's Title IX coordinator, and Washington and Lee University's in-house counsel are considered privileged attorney-client communications or work product and therefore the plaintiff's motion to compel is **DENIED**.

Enter: January 20, 2016

*Robert S. Ballou*

Robert S. Ballou
United States Magistrate Judge