UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISON

| | | |
|---|---|---|
| John Doe, | ) | |
| Plaintiff | ) ) ) | |
| v. | ) ) | Civil Action No. 6:14CV00052 |
| Washington and Lee University, | ) ) ) | |
| Defendant | ) ) | |

## MOTION TO DISMISS WITH PREJUDICE

The parties having compromised and settled all matters in controversy between them, the Plaintiff, John Doe, by counsel, moves to dismiss this action with prejudice.

                                            John Doe

                                            S/ G. Robert Gage, Jr.

G. Robert Gage, Esquire (NY Bar No. 1901412)
Email: grgage@gagespencer.com
William B. Fleming, Esquire (NY Bar No. 2514651)
Email: wfleming@gagespencer.com
Gage Spencer and Fleming LLP
410 Park Ave Ste 900
New York, NY 10222-9492
Tel    212-768-4900

David G. Harrison, Esquire (VSB 17590)
The Harrison Firm, PC
5305 Medmont Cir SW
Roanoke, VA 24018-1120
Tel    540-777-7100
Fax   540-777-7101
Email  david@harrisonfirm.us

CERTIFICATE OF SERVICE

I certify that on February 4, 2016 I electronically filed a copy of the foregoing Motion to Dismiss with Prejudice with the Court's CM/ECF system which will send a Notice of Electronic Filing to counsel for the defendant with a hyperlink to the documents.

I further certify that on the same date I sent a copy of the foregoing by email to:

> R. Craig Wood, Esquire
> cwood@mcguirewoods.com
>
> Melissa Wolf Riley, Esquire
> mriley@mcguirewoods.com

S/ G. Robert Gage, Jr.