**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
LYNCHBURG DIVISION

| | |
|---|---|
| JOHN DOE, | CASE NO. 6:14-CV-00052 |
| *Plaintiff,* | |
| v. | ORDER |
| WASHINGTON AND LEE UNIVERSITY, | |
| *Defendant.* | JUDGE NORMAN K. MOON |

Upon consideration of the Plaintiff's Motion to Dismiss with Prejudice (docket no. 73), and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), it is hereby **ORDERED** that the above captioned case be **DISMISSED** with prejudice and **STRICKEN** from the Court's active docket.

Entered this  11th  day of February, 2016.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE

1